UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.         Criminal No. 11-cr-148-01-PB

Kamel Pickens

O R D E R

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; Final Pretrial is rescheduled to April 16, 2012 at 4:15 PM; Trial is continued to the two-week period beginning May 1, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

Date:  January 20, 2012

cc:  Terry L. Ollila, Esq.
     Simon Brown, Esq.
     U.S. Marshal
     U.S. Probation